No. 81–1106.   JOINT APPRENTICESHIP COMMITTEE LOCAL No. 130, U. A. *v.* EGGLESTON ET AL.;

No. 81–1208.   PLUMBING CONTRACTORS ASSOCIATION OF CHICAGO AND COOK COUNTY *v.* PLUMMER ET AL.; and

No. 81–1209.   CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION No. 130, U. A. *v.* PLUMMER ET AL.   C. A. 7th Cir. Certiorari denied.   Reported below: 657 F. 2d 890.

No. 81–1116.   O. HOMMEL CO. *v.* FERRO CORP.   C. A. 3d Cir.   Certiorari denied.

No. 81–1142.   STUCKEY *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 81–1168.   JENTGEN, TRUSTEE *v.* UNITED STATES. Ct. Cl.   Certiorari denied.

No. 81–1170.   BERNOTAS *v.* SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.

No. 81–1175.   INTERNATIONAL MEDICATION SYSTEMS, LTD. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari denied.

No. 81–1186.   GREER *v.* CITY OF SEGUIN, TEXAS, ET AL. Ct. Civ. App. Tex., 11th Sup. Jud. Dist.   Certiorari denied.

No. 81–1207.   DELTONA CORP. *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 81–1223.   CARGO GASOLINE CO. ET AL. *v.* UNITED STATES ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 81–1262.   MCDONNELL DOUGLAS CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 9th Cir.   Certiorari denied.